UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 01-0095-01ML

DONALD LOPES

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Donald Lopes, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law in support of motion for sentence reduction.

DONALD LOPES,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, First Assistant United States Attorney and Kristin Mattias, USPO.

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 01-0095-01ML

DONALD LOPES

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

Mr. Lopes entered a guilty plea to a two count indictment on January 14, 2002. He was sentenced to 108 months incarceration on June 28, 2002. Mr. Lopes was assigned a total offense level of 29 with a criminal history category III. His guideline range was 108 to 135 months of incarceration. The court sentenced him to the low end of that range.

On November 1, 2007, the United States Sentencing Commission reduced the guidelines for crack cocaine offenses by two levels. Calculated under the post November 2007 guidelines Mr. Lopes would have a total offense level of 27. His advisory guideline range would be 87 to 108 months.

According to the Bureau of Prisons, Mr. Lopes is presently scheduled for release in September 2009. Assuming a sentence reduction was granted by the Court, Mr. Lopes is eligible for release in March 2008. For these reasons the Court should grant this motion and grant him a reduction to 87 months incarceration.

DONALD LOPES,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Mary_McElroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Luis Matos, First Assistant United States Attorney and Kristin Mattias, United States Probation Officer on February 20, 2008.

/s/ Mary S. McElroy