**IN THE DISTRICT COURT FOR THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
FEB 22 2008
Property of U.S. District Court
of Rhode Island

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 01-95ML
)
DONALD LOPES )

**STIPULATION REGARDING MODIFICATION OF SENTENCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level 29

Criminal History Category III

108 to 135 months imprisonment

4 to 5 years supervised release

$15,000 to $4,000,000 fine.

3. Defendant was sentenced on June 28, 2002 to 108 months imprisonment.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

Enter: Mary M. Lisi USDJ 2/25/08

5. Defendant's revised guideline calculation is a follows:

Total Offense Level__27____

Criminal History Category _III__

_87_ to_108 months imprisonment

_4__ to _5_ years supervised release

$12,500_ to $4,000,000_ fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the defendant has had no disciplinary infractions during that reporting time .

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 87 months, or a release date of March 3, 2008, whichever renders a release date that occurs latest, is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

MARY S. McELROY
Counsel for Defendant

Date 2/21/08

MARY E. ROGERS
Assistant U.S. Attorney

Date 2-21-08